IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | Criminal Action No. C-07-219 |
| PEDRO BANDA | § § § § § | |

## ORDER

On this day came on to be considered the motion of Defendant Pedro Banda to set bond in the above-styled action (D.E. 10). The Court hereby DENIES Defendant's motion to set bond. However, the Court DENIES Defendant's motion to set bond without prejudice, with permission for Defendant to refile the motion along with a transcript of the previous bond hearing that took place in this case on April 5, 2007, before United States Magistrate Judge Brian Owsley.

SIGNED and ENTERED this 14th day of May, 2007.

_____
Janis Graham Jack
United States District Judge