**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Criminal Action |
| v. | § | No. C-07-219 |
| | § | |
| PEDRO BANDA | § | |

<u>**ORDER**</u>

On this day came on to be considered the motion of Defendant Pedro Banda for leave to file additional motions, "should such motions become appropriate" based upon future discovery (D.E. 27). The Court hereby DENIES Defendant's motion for leave to file additional motions.  If Defendant wishes to file a specific motion in the future, Defendant should seek leave to file that motion in particular, rather than generally seeking leave to file motions that may become appropriate at some later date.

SIGNED and ENTERED this 18th day of May, 2007.


_____
Janis Graham Jack
United States District Judge